UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-04311-AB (RAOx) | Date: | May 1, 2017 |
|---|---|---|---|

| Title: | *Sean Stanziale v. Annex Financial, Inc. et al* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Ingrid Valdes | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**  [In Chambers] Order CLOSING Case

On February 24, 2017, the Court entered an order granting Plaintiff's Motion for Default Judgment in part and denying it in part. (Dkt. No. 37). Plaintiff was granted leave to file a motion to amend the default judgment upon submission of further briefing and evidence. Plaintiff was ordered to file a motion to amend within 60 days of the Court's order. Plaintiff has not filed an amended complaint nor otherwise responded to the Court's order. Based on Plaintiff's failure to respond within 60 days, and summary judgement having been entered with respect to Plaintiff's second cause of action, this case is hereby **CLOSED**.

**IT IS SO ORDERED.**